S.D.N.Y. – N.Y.C.
22-cv-1687
Gardephe, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand twenty-four.

Present:
>    Dennis Jacobs,
>    Richard J. Sullivan,
>    William J. Nardini,
>         *Circuit Judges*.

Debmar-Mercury LLC, et al.,

>    *Petitioners*,

v.  24-137

Kelvin Hunter,

>    *Respondent*.

Petitioners request, pursuant to 28 U.S.C. § 1292(b), leave to appeal an interlocutory order of the district court; they also request that the Court certify the question presented in their petition to the New York Court of Appeals. The Society for Human Resource Management moves for leave to file an *amicus* brief. Upon due consideration, it is hereby ORDERED that the motion for leave to file an *amicus* brief is GRANTED. It is further ORDERED that the § 1292(b) petition is GRANTED and the motion to certify to the New York Court of Appeals is referred to the merits panel.

>    FOR THE COURT:
>    Catherine O'Hagan Wolfe, Clerk of Court

